In the Matter of the Judicial Settlement of the Accounts of JAMES MCCALL

and C. R. Kingsley, as Executors, etc., of William S. Shepard, Deceased. — Motion to extend time for filing and serving papers on appeal denied, and appeal dismissed. Held, we are of the opinion that the accounting should proceed and that the question which the trustees seek to raise may be reviewed upon appeal from the final decree.